UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

DOUGLAS CORNELL JACKSON,

        Plaintiff,

                                  Case No. 2:24-cv-128

v.

                                  Hon. Hala Y. Jarbou

A. OLSEN, et al.,

        Defendants.
_____/

## **ORDER**

      This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. In an opinion, order, and judgment entered on August 23, 2024, the Court denied Plaintiff leave to proceed *in forma pauperis* and dismissed this action without prejudice because (i) Plaintiff is barred from proceeding *in forma pauperis* by the "three-strikes" rule set forth in 28 U.S.C. § 1915(g), (ii) he had not shown imminent danger of serious physical harm to allow him to proceed *in forma pauperis*, and (iii) he had failed to pay the full filing fees when he filed his complaint. (ECF Nos. 6, 7, 8.) In the opinion dismissing the case, the Court warned Plaintiff that should he file a notice of appeal, he would be required to pay the $605.00 filing fee in a lump sum because he is prohibited from proceeding *in forma pauperis* on appeal by § 1915(g). (ECF No. 6, PageID.47.)

      Plaintiff has now filed a notice of appeal (ECF No. 9), but he failed to submit the $605.00 filing fee for an appeal. As outlined in the Court's opinion, order, and judgment denying Plaintiff leave to proceed *in forma pauperis* and dismissing the case, Plaintiff is barred from proceeding *in forma pauperis* on this appeal. Plaintiff has twenty-eight (28) days from the date of entry of this

order to pay the entire $605.00 filing fee for appealing a civil action to the Clerk of this Court. Plaintiff's failure to comply with the order may result in dismissal of this appeal without prejudice by the United States Court of Appeals for the Sixth Circuit.

    **IT IS SO ORDERED**.

Dated: September 13, 2024          /s/ Hala Y. Jarbou
                                           HALA Y. JARBOU
                                           CHIEF UNITED STATES DISTRICT JUDGE

**SEND REMITTANCES TO THE FOLLOWING ADDRESS**:

Clerk, U.S. District Court
399 Federal Bldg.
110 Michigan St., N.W.
Grand Rapids, MI 49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**